**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Moneyline Analytics, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-4205757 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11113 Pine Greens Court<br>Las Vegas, NV 89144<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Clark<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    https://moneylineanalytics.com

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Moneyline Analytics, LLC                                    Case number (*if known*) _____
          _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    7132

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | Moneyline Analytics, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**███ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    Moneyline Analytics, LLC
          Name                                                    Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    Moneyline Analytics, LLC
       Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 13, 2021
           MM / DD / YYYY

**X** /s/ Matthew Turnipseede                          Matthew Turnipseede
Signature of authorized representative of debtor        Printed name

Title    Manager

---

**18. Signature of attorney**

**X** /s/ Zachariah Larson                          Date    May 13, 2021
Signature of attorney for debtor                              MM / DD / YYYY

Zachariah Larson 7787
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone    702-382-1170        Email address    zlarson@lzlawnv.com

7787 NV
Bar number and State

---

## ACTION BY WRITTEN CONSENT OF THE MANAGING
## MEMBER OF MONEYLINE ANALYTICS, LLC,
## A NEVADA LIMITED LIABILITY COMPANY

The undersigned, being the managing member of MONEYLINE ANALYTICS, LLC, a Nevada limited liability company (the "Company"), hereby approves and adopts the following resolutions effective as of April 30, 2021:

WHEREAS, the Company, having determined that in its judgment, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under the chapter 7 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ the law firm of Larson & Zirzow, LLC to represent it in the bankruptcy proceeding.

BE IT FURTHER RESOLVED, that Matthew Turnipseede, as the managing member of the Company (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition and any amendments thereto under chapter 7 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court as soon as she shall determine, and take all other reasonable steps to finalize such bankruptcy filing and case;

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's chapter 7 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

BE IT FURTHER RESOLVED that any and all past actions heretofore taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, by execution hereof, hereby approve the foregoing.

MONEYLINE ANALYTICS, LLC
a Nevada limited liability company

By: _____
Matthew Turnipseede,
Managing Member

**Fill in this information to identify the case:**

Debtor name    Moneyline Analytics, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 13, 2021      **X** /s/ Matthew Turnipseede
                                            Signature of individual signing on behalf of debtor

                                            Matthew Turnipseede
                                            Printed name

                                            Manager
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Moneyline Analytics, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................    $ _____ 0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................    $ _____ 0.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................................    $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ _____ 5,347,562.00

4. **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b      $ _____ 5,347,562.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Moneyline Analytics, LLC_

United States Bankruptcy Court for the: _DISTRICT OF NEVADA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Checking | 1553 | $0.00 |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**                                                                                           | $0.00 |
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

Debtor    Moneyline Analytics, LLC                                    Case number *(If known)* _____
           Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                    % of ownership

       15.1.   Fusion Capital LLC                         25%        %                                    Unknown

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                     $0.00
       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Moneyline Analytics, LLC                                              Case number *(If known)*  _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | https://moneylineanalytics.com | Unknown | | Unknown |

| | | |
|---|---|---|
| 62. | **Licenses, franchises, and royalties** | |
| 63. | **Customer lists, mailing lists, or other compilations** | |
| 64. | **Other intangibles, or intellectual property** | |
| 65. | **Goodwill** | |

66.    **Total of Part 10.**                                                          | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    Moneyline Analytics, LLC
          _____    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name __Moneyline Analytics, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Moneyline Analytics, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,360.00** |
|---|---|---|---|
| | Affholder, Thomas<br>4097 E Main St.<br>Ottowa, OH 45875 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2019-2020 | **Basis for the claim:** Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,920.00** |
|---|---|---|---|
| | Amin, Brijesh<br>260 Heathermore Loop<br>Galena, OH 43021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2019-2020 | **Basis for the claim:** Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,258.00** |
|---|---|---|---|
| | Berg, David B.<br>25726 Alta Dr<br>Valencia, CA 91355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2017-2020 | **Basis for the claim:** Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,809.00** |
|---|---|---|---|
| | Billigmeier, Eric<br>5016 Archcrest Way<br>Sacramento, CA 95835 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2017-2020 | **Basis for the claim:** Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Moneyline Analytics, LLC                                              Case number *(if known)*  _____
          Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,107.00 |

**Nonpriority creditor's name and mailing address**
Cannon, Kathleen L.
25367 Avenida Ronada
Valencia, CA 91355

**Date(s) debt was incurred**  2017-2020

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

$22,107.00

---

3.6  **Nonpriority creditor's name and mailing address**
Carpenter, Roger
7398 South Kachina Dr
Tempe, AZ 85283

**Date(s) debt was incurred**  2019-2020

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

$3,920.00

---

3.7  **Nonpriority creditor's name and mailing address**
Cespedes, Juan
1391 W. Fifth Avenue
Columbus, OH 43212

**Date(s) debt was incurred**  2018-2020

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

$135,668.00

---

3.8  **Nonpriority creditor's name and mailing address**
Courtright, James
553 Parkside Dr
Avon Lake, OH 44012

**Date(s) debt was incurred**  2019-2020

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

$57,520.00

---

3.9  **Nonpriority creditor's name and mailing address**
Courtright, Sarah
8620 Selma Pike
South Charleston, OH 45368

**Date(s) debt was incurred**  2019-2020

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

$11,454.00

---

3.10  **Nonpriority creditor's name and mailing address**
Cwikla, Joseph
3520 No. Riverside Drive
Indialantic, FL 32903

**Date(s) debt was incurred**  2017-2020

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

$34,872.00

---

3.11  **Nonpriority creditor's name and mailing address**
Dacey, Scott
139 Trent Shores Dr
Trent Woods, NC 28562

**Date(s) debt was incurred**  2017-2020

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

$18,859.00

---

Debtor    Moneyline Analytics, LLC
_____    Case number (if known) _____
         Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,065.00 |
|---|---|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**
Dassow, Sonia
125 St. Elias Dr
Burleson, TX 76028

**As of the petition filing date, the claim is:** *Check all that apply.*    $106,065.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019-2020
**Last 4 digits of account number**

**Basis for the claim:** Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
Desai, Ashish
5939 Almaden Lane
Oakland, CA 94611

**As of the petition filing date, the claim is:** *Check all that apply.*    $12,545.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017-2020
**Last 4 digits of account number**

**Basis for the claim:** Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
Dyer, Michael
2141 Annandale Place
Xenia, OH 45385

**As of the petition filing date, the claim is:** *Check all that apply.*    $159,210.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017-2020
**Last 4 digits of account number**

**Basis for the claim:** Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
Eickholt, John L.
8623 Scotscraig Ct
Dublin, OH 43017

**As of the petition filing date, the claim is:** *Check all that apply.*    $172,973.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017-2020
**Last 4 digits of account number**

**Basis for the claim:** Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
Freeman Master Holdings, LLC
c/o Jaisen Freeman
3801 Collins Avenue TH-1
Miami Beach, FL 33140

**As of the petition filing date, the claim is:** *Check all that apply.*    $158,824.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017-2020
**Last 4 digits of account number**

**Basis for the claim:** Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**
Gilbride, Leslie
24014 Oak Vale Drive
Valencia, CA 91355

**As of the petition filing date, the claim is:** *Check all that apply.*    $11,270.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017-2019
**Last 4 digits of account number**

**Basis for the claim:** Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
Gillian, Dave
5369 Morning Drive
Hilliard, OH 43026

**As of the petition filing date, the claim is:** *Check all that apply.*    $28,797.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019-2020
**Last 4 digits of account number**

**Basis for the claim:** Proportionate Member

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Moneyline Analytics, LLC
_____    Case number (if known) _____
Name

| 3.19 | **Nonpriority creditor's name and mailing address**<br>Granis, John<br>22806 9th Street<br>Newhall, CA 91321 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,585.00 |
|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>Ignozzi, Kenneth<br>10688 Falls Creek Lane<br>Dayton, OH 45458 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69,674.00 |
|---|---|---|
| | **Date(s) debt was incurred**  2018-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>Jackson, Norman<br>1773 Lanhan Ct<br>Canton, MI 48188 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,270.00 |
|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>Jahns, Sheryl<br>107 East Luray Ave<br>Alexandria, VA 22301 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,872.00 |
|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>Kamdar, Palak<br>27 Teralynn Court<br>Oakland, CA 94619 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,933.00 |
|---|---|---|
| | **Date(s) debt was incurred**  2018-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>Kelty, Geoffrey R.<br>7469 Camberwood Dr<br>Indianapolis, IN 46268 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,295.00 |
|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>Kurgis, Kevin<br>1 Miranova Place unit 1830<br>Columbus, OH 43215 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,535.00 |
|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   Moneyline Analytics, LLC
       Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address**<br>LaDuca, Charles<br>7715 Maryknoll Ct.<br>Bethesda, MD 20817<br><br>**Date(s) debt was incurred** _2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $50,000.00 |

| | | |
|---|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address**<br>Lemieux, Julie<br>1655 Andalusia Way<br>San Jose, CA 95125<br><br>**Date(s) debt was incurred** _2018-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $118,313.00 |

| | | |
|---|---|---|
| **3.28** | **Nonpriority creditor's name and mailing address**<br>Levin, Seth<br>4404 Metler Ct.<br>Powell, OH 43065<br><br>**Date(s) debt was incurred** _2017-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $12,802.00 |

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address**<br>Lovett, Brett T.<br>3009 E Whitton Ave<br>Phoenix, AZ 85016<br><br>**Date(s) debt was incurred** _2017-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $71,256.00 |

| | | |
|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address**<br>Mann, Douglas<br>1580 Shore Woods Dr<br>Centerville, OH 45459<br><br>**Date(s) debt was incurred** _2017-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $159,210.00 |

| | | |
|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address**<br>Miller, Sean<br>4025 Ellicott St<br>Alexandria, VA 22304<br><br>**Date(s) debt was incurred** _2017-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $16,819.00 |

| | | |
|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address**<br>Miracle, Andrew<br>3600 Kerikal Dr<br>Westerville, OH 43081<br><br>**Date(s) debt was incurred** _2019-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,389.00 |

Debtor  Moneyline Analytics, LLC
       Name

Case number (if known) _____

| 3.33 | **Nonpriority creditor's name and mailing address**<br>Mody, Arvind P.<br>450 Meadow Dale Ct.<br>San Jose, CA 95136 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $91,876.00 |
|---|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>Mody, Devin A.<br>6292  Mojave Dr<br>San Jose, CA 95120 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $113,208.00 |
|---|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>Morris, Lucy F.<br>25676 Lochmoor Rd<br>Valencia, CA 91355 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,293.00 |
|---|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>Morris, Michael<br>1761 Selby Avenue Apt #5<br>Los Angeles, CA 90024 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,153.00 |
|---|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>Mosure, Thomas<br>43118 Tavistock Circle<br>Powell, OH 43065 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,333.00 |
|---|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>Newport, Peter<br>10695 E Clinton St<br>Scottsdale, AZ 85254 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,668.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>North, Jennifer<br>305 S. Chillicothe St<br>Plain City, OH 43064 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,977.00 |
|---|---|---|---|
| | **Date(s) debt was incurred**  2017-2020 | **Basis for the claim:**  Proportionate Member | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      

Debtor    Moneyline Analytics, LLC                                        Case number (if known) _____
          Name

| 3.40 | **Nonpriority creditor's name and mailing address**<br>Palestrandt, Stuart<br>2677 Applewood Lane<br>Lancaster, OH 43130<br><br>**Date(s) debt was incurred** _2017-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,953.00 |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>Phillips, John<br>8300 Delongpre Ave #108<br>West Hollywood, CA 90069<br><br>**Date(s) debt was incurred** _2017-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $169,915.00 |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Pierce, Anthony<br>3214 Chestnut Street NW<br>Washington, DC 20015<br><br>**Date(s) debt was incurred** _2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $25,000.00 |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Pinnell, Gay Su<br>8599 Dunsinane Drive<br>Dublin, OH 43017<br><br>**Date(s) debt was incurred** _2018-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $351,731.00 |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Regus Management Group, LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>15305 Dallas Parkway, Ste. 400<br>Addison, TX 75001<br><br>**Date(s) debt was incurred** _4/1/2020_<br><br>**Last 4 digits of account number** _r354_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Remaining lease obligation_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $21,276.00 |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Regus Management Group, LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>15305 Dallas Parkway, Ste. 400<br>Addison, TX 75001<br><br>**Date(s) debt was incurred** _6/1/2020_<br><br>**Last 4 digits of account number** _r355_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Remaining lease obligation_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $31,200.00 |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Reiner, John<br>8977 Turin Hill Ct N<br>Dublin, OH 43017<br><br>**Date(s) debt was incurred** _2017-2020_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Proportionate Member_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $367,674.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor      Moneyline Analytics, LLC                                      Case number (if known) _____
            Name

| 3.47 | **Nonpriority creditor's name and mailing address**<br>Ricer, Harry<br>8530 Preston Mill Ct.<br>Dublin, OH 43017 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,373.00 |

**Date(s) debt was incurred** 2017-2020

**Basis for the claim:** Proportionate Member

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address**<br>Ross, Brian<br>846 S. High St.<br>Columbus, OH 43206 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,618.00 |

**Date(s) debt was incurred** 2017-2020

**Basis for the claim:** Proportionate Member

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address**<br>Rowe, Chris<br>5369 Morning Drive<br>Hilliard, OH 43026 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,326.00 |

**Date(s) debt was incurred** 2017-2020

**Basis for the claim:** Proportionate Member

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Rowe, Nancy<br>5369 Morning Drive<br>Hilliard, OH 43026 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,430.00 |

**Date(s) debt was incurred** 2019-2020

**Basis for the claim:** Proportionate Member

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address**<br>Shah, Amish<br>1131 Macias Ct<br>San Jose, CA 95120 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,804.00 |

**Date(s) debt was incurred** 2017-2020

**Basis for the claim:** Proportionate Member

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address**<br>Shah, Divya<br>565 Amboy Dr<br>San Jose, CA 95136 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,055.00 |

**Date(s) debt was incurred** 2017-2020

**Basis for the claim:** Proportionate Member

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address**<br>Smith, Scott<br>100 Morton Street Apt 10 AE<br>One Morton Square Condos<br>New York, NY 10014 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153,820.00 |

**Date(s) debt was incurred** 2017-2020

**Basis for the claim:** Proportionate Member

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    Moneyline Analytics, LLC
_____     Case number *(if known)* _____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292,410.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**3.54** | **Nonpriority creditor's name and mailing address**
Starr, Kimberly
122 Village Ct.
Pittsburgh, PA 15241
**Date(s) debt was incurred** _2019-2020_
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Proportionate Member_

Is the claim subject to offset? ■ No ☐ Yes

$292,410.00

---

**3.55** | **Nonpriority creditor's name and mailing address**
Storlie, Ted R.
4032 Shoreline Dr  2
Spring Park, MN 55384
**Date(s) debt was incurred** _2017-2020_
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Proportionate Member_

Is the claim subject to offset? ■ No ☐ Yes

$180,260.00

---

**3.56** | **Nonpriority creditor's name and mailing address**
Turnipseede, Matthew
11113 Pine Greens Ct
Las Vegas, NV 89144
**Date(s) debt was incurred** _2017-2020_
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Proportionate Member_

Is the claim subject to offset? ■ No ☐ Yes

$63,213.00

---

**3.57** | **Nonpriority creditor's name and mailing address**
Vithal Kusuma
113 Somerset Hills
McDonough, GA 30253
**Date(s) debt was incurred** _8/9/2018_
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Promissory Note_

Is the claim subject to offset? ■ No ☐ Yes

$350,000.00

---

**3.58** | **Nonpriority creditor's name and mailing address**
Vithal Kusuma IRA
113 Somerset Hills
McDonough, GA 30253
**Date(s) debt was incurred** _7/1/2019_
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Promissory Note_

Is the claim subject to offset? ■ No ☐ Yes

$104,241.00

---

**3.59** | **Nonpriority creditor's name and mailing address**
Vithal Kusuma, IRA
113 Somerset Hills
McDonough, GA 30253
**Date(s) debt was incurred** _2019-2020_
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Proportionate Member_

Is the claim subject to offset? ■ No ☐ Yes

$163,970.00

---

**3.60** | **Nonpriority creditor's name and mailing address**
Wallace, Rajesh
7194 Brooktree Ct.
San Jose, CA 95120
**Date(s) debt was incurred** _2017-2020_
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Proportionate Member_

Is the claim subject to offset? ■ No ☐ Yes

$359,621.00

---

Debtor    Moneyline Analytics, LLC                                    Case number (if known) _____
          Name

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,499.00 |
|------|---|---|---|

Weatherwax, Rebecca
3175 Tremont Rd #304
Upper Arlington, OH 43221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017-2020_

**Basis for the claim:** _Proportionate Member_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $398,506.00 |
|------|---|---|---|

Weihe, Tom
5410 Muirfield Ct.
Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017-2021_

**Basis for the claim:** _Proportionate Member_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,935.00 |
|------|---|---|---|

Will, Montford J.
3811 Rockpointe Dr
Columbus, OH 43221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017-2020_

**Basis for the claim:** _Proportionate Member_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $174,355.00 |
|------|---|---|---|

Wright, Jeff
4515 North Royal Palm Cr
Phoenix, AZ 85018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-2020_

**Basis for the claim:** _Proportionate Member_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,485.00 |
|------|---|---|---|

Yribar, Peter
394 Newcastle Drive
Redwood City, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017-2020_

**Basis for the claim:** _Proportionate Member_

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 5,347,562.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 5,347,562.00 |

**Fill in this information to identify the case:**

Debtor name ___Moneyline Analytics, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement for office space dated 4/2020, expires 4/30/2022. | |
| | State the term remaining | | Regus Management Group, LLC |
| | List the contract number of any government contract | _____ | Attn: Bankruptcy Dept/Managing Agent 15305 Dallas Parkway, Ste. 400 Addison, TX 75001 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement for office space dated 2/15/2020, expires 5/31/2022 | |
| | State the term remaining | | Regus Management Group, LLC |
| | List the contract number of any government contract | _____ | Attn: Bankruptcy Dept/Managing Agent 15305 Dallas Parkway, Ste. 400 Addison, TX 75001 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Moneyline Analytics, LLC_____

United States Bankruptcy Court for the: _____DISTRICT OF NEVADA_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Matthew Turnipseede | 11113 Pine Greens Ct<br>Las Vegas, NV 89144-1651 | Vithal Kusuma | ☐ D _____<br>☑ E/F ___3.57___<br>☐ G _____ |
| 2.2 Matthew Turnipseede | 11113 Pine Greens Ct<br>Las Vegas, NV 89144-1651 | Vithal Kusuma IRA | ☐ D _____<br>☑ E/F ___3.58___<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___Moneyline Analytics, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For year before that:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business | $939,903.00 |
| | ☐ Other _____ | |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See SOFA 30 | | $0.00 | |

Debtor    Moneyline Analytics, LLC                                    Case number *(if known)*

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    | --- | --- | --- | --- |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
    | --- | --- | --- | --- |

| **Part 3:** | **Legal Actions or Assignments** |
| --- | --- |

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

    | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
    | --- | --- | --- | --- |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
| --- | --- |

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

    | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
    | --- | --- | --- | --- |

| **Part 5:** | **Certain Losses** |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    | --- | --- | --- | --- |
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Moneyline Analytics, LLC                                    Case number *(if known)*

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Larson & Zirzow, LLC 850 E. Bonneville Ave. Las Vegas, NV 89101 | Attorney Fees | 4/1/2021 | $10,000.00 |
| | **Email or website address** zlarson@lzlawnv.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Moneyline Analytics, LLC | Case number *(if known)* |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank, N.A.<br>P.O. Box 6995<br>Portland, OR 97228-6995 | XXXX-1137 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/8/2021 | $0.00 |
| 18.2. | Wells Fargo Bank, N.A.<br>P.O. Box 6995<br>Portland, OR 97228-6995 | XXXX-9671 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/8/2021 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| Wells Fargo Bank, N.A.<br>Sun City/Summerlin | Matthew Turnipseede | | ☐ No<br>☑ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Moneyline Analytics, LLC | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. Fusion Capital, LLC c/o Clayton Graham, Manager P.O. Box 3577 Carpentersville, IL 60110 | Membership interest (25%) | **EIN:** 85-1847038 <br> **From-To** 2/26/2020 to current |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Debtor | Moneyline Analytics, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  CliftonLarsonAllen LLP<br>10845 Griffith Peak Dr., Ste. 550<br>Las Vegas, NV 89135 | 2017, 2018, and 2019 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Turnipseede | 11113 Pine Greens Ct<br>Las Vegas, NV 89144-1651 | Managing Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See attached Exhibit SOFA 28 | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    Moneyline Analytics, LLC                              Case number *(if known)*

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Rodrigo Ribiero<br>2170 S. Caliente Rd.<br>Palm Springs, CA 92264 | $52,313 | 6/23/2020 | Distribution |
| | **Relationship to debtor**<br>Proportionate Member | | | |
| 30.2. | Stephen Cwikla<br>3520 No. Riverside Drive<br>Indialantic, FL 32903 | $259,010 | 6/29/2020 | Distribution |
| | **Relationship to debtor**<br>Proportionate Member | | | |
| 30.3. | Vithal Kusuma<br>113 Somerset Hills<br>McDonough, GA 30253 | $200,000 | 7/8/2020 | Distribution |
| | **Relationship to debtor**<br>Proportionate Member | | | |
| 30.4. | Cespedes, Juan<br>1391 W. Fifth Avenue<br>Columbus, OH 43212 | $60,000 | 1/9/2021 | Distribution |
| | **Relationship to debtor**<br>Proportionate Member | | | |
| 30.5. | Thomas Weihe<br>5410 Muirfield Ct.<br>Dublin, OH 43017 | $30,000 | 1/12/2021 | Distribution |
| | **Relationship to debtor**<br>Proportionate Member | | | |
| 30.6. | Thomas Weatherwax<br>5976 Glenfinnan Ct.<br>Dublin, OH 43017 | $275,237 | 1/20/2021 | Distribution |
| | **Relationship to debtor**<br>Proportionate Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | Moneyline Analytics, LLC | Case number *(if known)* | |
|---|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    Moneyline Analytics, LLC _____     Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 13, 2021 _____

/s/ Matthew Turnipseede _____                    Matthew Turnipseede _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# EXHIBIT SOFA 28

# EXHIBIT SOFA 28

| Name | Address | CityStZip | Position and Nature of Interest | % Interest |
|---|---|---|---|---|
| Affholder, Thomas | 4097 E Main St. | Ottowa OH  45875 | Proportionate Member | 0.00% |
| Amin, Brijesh | 260 Heathermore Loop | Galena OH  43021 | Proportionate Member | 0.00% |
| Berg, David B. | 25276 Alta Dr | Valencia CA  91355 | Proportionate Member | 0.00% |
| Billigmeier, Eric | 5016 Archcrest Way | Sacramento CA  95835 | Proportionate Member | 0.00% |
| Cannon, Kathleen L. | 25367 Avenida Ronada | Valencia CA  91355 | Proportionate Member | 0.00% |
| Carpenter, Roger | 7398 South Kachina Dr | Tempe AZ  85283 | Proportionate Member | 0.00% |
| Cespedes, Juan | 1391 W. Fifth Avenue | Columbus OH  43212 | Proportionate Member | 0.00% |
| Courtright, James | 553 Parkside Dr | Avon Lake OH  44012 | Proportionate Member | 0.00% |
| Courtright, Sarah | 8620 Selma Pike | South Charleston OH  45368 | Proportionate Member | 0.00% |
| Cwikla, Joseph | 3520 No. Riverside Drive | Indialantic FL  32903 | Proportionate Member | 0.00% |
| Dacey, Scott | 139 Trent Shores Dr | Trent Woods NC  28562 | Proportionate Member | 0.00% |
| Dassow, Sonia | 125 St. Elias Dr | Burleson TX  76028 | Proportionate Member | 0.00% |
| Desai, Ashish | 5939 Almaden Lane | Oakland CA  94611 | Proportionate Member | 0.00% |
| Dyer, Michael | 2141 Annandale Place | Xenia OH  45385 | Proportionate Member | 0.00% |
| Eickholt, John L. | 8623 Scotscraig Ct | Dublin OH  43017 | Proportionate Member | 0.00% |
| Freeman Master Holdings, LLC | 3801 Collins Avenue TH-1 | Miami Beach FL  33140 | Proportionate Member | 0.00% |
| Gilbride, Leslie | 24014 Oak Vale Drive | Valencia, CA  91355 | Proportionate Member | 0.00% |
| Gillian, Dave | 5369 Morning Drive | Hilliard OH  43026 | Proportionate Member | 0.00% |
| Granis, John | 22806 9th Street | Newhall CA  91321 | Proportionate Member | 0.00% |
| Ignozzi, Kenneth | 10688 Falls Creek Lane | Dayton OH  45458 | Proportionate Member | 0.00% |
| Jackson, Norman | 1773 Lanhan Ct | Canton MI  48188 | Proportionate Member | 0.00% |
| Jahns, Sheryl | 107 East Luray Ave | Alexandria VA  22301 | Proportionate Member | 0.00% |
| Kamdar, Palak | 27 Teralynn Court | Oakland CA  94619 | Proportionate Member | 0.00% |
| Kelty, Geoffrey R. | 7469 Camberwood Dr | Indianapolis IN  46268 | Proportionate Member | 0.00% |
| Kusuma, Vithal, Roth | 113 Somerset Hills | McDonough, GA  30253 | Proportionate Member | 0.00% |
| Kurgis, Kevin | 1 Miranova Place unit 1830 | Columbus OH  43215 | Proportionate Member | 0.00% |
| LaDuca, Charles | 7715 Maryknoll Ct. | Bethesda, MD  20817 | Proportionate Member | 0.00% |
| Lemieux, Julie | 1655 Andalusia Way | San Jose CA  95125 | Proportionate Member | 0.00% |
| Levin, Seth | 4404 Metler Ct. | Powell OH  43065 | Proportionate Member | 0.00% |
| Lovett, Brett T. | 3009 E Whitton Ave | Phoenix AZ  85016 | Proportionate Member | 0.00% |
| Mann, Douglas | 1580 Shore Woods Dr | Centerville OH  45459 | Proportionate Member | 0.00% |
| Miller, Sean | 4025 Ellicott St | Alexandria VA  22304 | Proportionate Member | 0.00% |
| Miracle, Andrew | 3600 Kerikal Dr | Westerville OH  43081 | Proportionate Member | 0.00% |
| Mody, Arvind P. | 450 Meadow Dale Ct. | San Jose CA  95136 | Proportionate Member | 0.00% |
| Mody, Devin A. | 6292  Mojave Dr | San Jose CA  95120 | Proportionate Member | 0.00% |
| Morris, Lucy F. | 25676 Lochmoor Rd | Valencia CA  91355 | Proportionate Member | 0.00% |
| Morris, Michael | 1761 Selby Avenue Apt #5 | Los Angeles CA  90024 | Proportionate Member | 0.00% |
| Mosure, Thomas | 43118 Tavistock Circle | Powell OH  43065 | Proportionate Member | 0.00% |
| Newport, Peter | 10695 E Clinton St | Scottsdale AZ  85254 | Proportionate Member | 0.00% |
| North, Jennifer | 305 S. Chillicothe St | Plain City OH  43064 | Proportionate Member | 0.00% |
| Palestrandt, Stuart | 2677 Applewood Lane | Lancaster OH  43130 | Proportionate Member | 0.00% |
| Phillips, John | 8300 Delongpre Ave #108 | West Hollywood CA  90069 | Proportionate Member | 0.00% |
| Pierce, Tony | 3214 Chestnut Street NW | Washington, DC  20015 | Proportionate Member | 0.00% |
| Pinnell, Gay Su | 8599 Dunsinane Drive | Dublin OH  43017 | Proportionate Member | 0.00% |
| Reiner, John | 8977 Turin Hill Ct N | Dublin OH  43017 | Proportionate Member | 0.00% |
| Ricer, Harry | 8530 Preston Mill Ct. | Dublin OH  43017 | Proportionate Member | 0.00% |
| Ross, Brian | 846 S. High St. | Columbus OH  43206 | Proportionate Member | 0.00% |
| Rowe, Chris | 5369 Morning Drive | Hilliard OH  43026 | Proportionate Member | 0.00% |
| Rowe, Nancy | 5369 Morning Drive | Hilliard OH  43026 | Proportionate Member | 0.00% |
| Shah, Amish | 1131 Macias Ct | San Jose CA  95120 | Proportionate Member | 0.00% |
| Shah, Divya | 565 Amboy Dr | San Jose CA  95136 | Proportionate Member | 0.00% |
| Smith, Scott | 100 Morton Street Apt 10 AE | New York NY  10014 | Proportionate Member | 0.00% |
| Starr, Kimberly | 122 Village Ct. | Pittsburgh, PA 15241 | Proportionate Member | 0.00% |
| Storlie, Ted R. | 4032 Shoreline Dr  2 | Spring Park MN  55384 | Proportionate Member | 0.00% |
| Turnipseede, Matthew | 11113 Pine Greens Ct | Las Vegas NV  89144 | Proportionate Member | 0.00% |
| Wallace, Rajesh | 7194 Brooktree Ct. | San Jose CA  95120 | Proportionate Member | 0.00% |
| Weatherwax, Rebecca | 3175 Tremont Rd #304 | Upper Arlington OH  43221 | Proportionate Member | 0.00% |
| Weihe, Tom | 5410 Muirfield Ct. | Dublin OH  43017 | Proportionate Member | 0.00% |
| Will, Montford J. | 3811 Rockpointe Dr | Columbus OH  43221 | Proportionate Member | 0.00% |
| Wright, Jeff | 4515 North Royal Palm Cr | Phoenix AZ  85018 | Proportionate Member | 0.00% |
| Yribar, Peter | 394 Newcastle Drive | Redwood City, CA  94061 | Proportionate Member | 0.00% |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    Moneyline Analytics, LLC                                    Case No. _____

                                        Debtor(s)                Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability actions pursuant to 11 U.S.C. 523 and 727; and any appeals.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| May 13, 2021 | /s/ Zachariah Larson |
| *Date* | Zachariah Larson 7787 |
| | *Signature of Attorney* |
| | Larson & Zirzow, LLC |
| | 850 E. Bonneville Ave. |
| | Las Vegas, NV 89101 |
| | 702-382-1170  Fax: 702-382-1169 |
| | zlarson@lzlawnv.com |
| | *Name of law firm* |

## United States Bankruptcy Court
### District of Nevada

In re    Moneyline Analytics, LLC _____    Case No. _____
                                        Debtor(s)              Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    May 13, 2021 _____        /s/ Matthew Turnipseede _____
                                             Matthew Turnipseede/Manager
                                             Signer/Title

Moneyline Analytics, LLC
11113 Pine Greens Court
Las Vegas, NV 89144

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Affholder, Thomas
4097 E Main St.
Ottowa, OH 45875

Amin, Brijesh
260 Heathermore Loop
Galena, OH 43021

Berg, David B.
25726 Alta Dr
Valencia, CA 91355

Billigmeier, Eric
5016 Archcrest Way
Sacramento, CA 95835

Cannon, Kathleen L.
25367 Avenida Ronada
Valencia, CA 91355

Carpenter, Roger
7398 South Kachina Dr
Tempe, AZ 85283

Cespedes, Juan
1391 W. Fifth Avenue
Columbus, OH 43212

Courtright, James
553 Parkside Dr
Avon Lake, OH 44012

Courtright, Sarah
8620 Selma Pike
South Charleston, OH 45368

Cwikla, Joseph
3520 No. Riverside Drive
Indialantic, FL 32903

Dacey, Scott
139 Trent Shores Dr
Trent Woods, NC 28562

Dassow, Sonia
125 St. Elias Dr
Burleson, TX 76028

Desai, Ashish
5939 Almaden Lane
Oakland, CA 94611

Dyer, Michael
2141 Annandale Place
Xenia, OH 45385

Eickholt, John L.
8623 Scotscraig Ct
Dublin, OH 43017

Freeman Master Holdings, LLC
c/o Jaisen Freeman
3801 Collins Avenue TH-1
Miami Beach, FL 33140

Gilbride, Leslie
24014 Oak Vale Drive
Valencia, CA 91355

Gillian, Dave
5369 Morning Drive
Hilliard, OH 43026

Granis, John
22806 9th Street
Newhall, CA 91321

Ignozzi, Kenneth
10688 Falls Creek Lane
Dayton, OH 45458

Jackson, Norman
1773 Lanhan Ct
Canton, MI 48188

Jahns, Sheryl
107 East Luray Ave
Alexandria, VA 22301

Kamdar, Palak
27 Teralynn Court
Oakland, CA 94619

Kelty, Geoffrey R.
7469 Camberwood Dr
Indianapolis, IN 46268

Kurgis, Kevin
1 Miranova Place unit 1830
Columbus, OH 43215

LaDuca, Charles
7715 Maryknoll Ct.
Bethesda, MD 20817

Lemieux, Julie
1655 Andalusia Way
San Jose, CA 95125

Levin, Seth
4404 Metler Ct.
Powell, OH 43065

Lovett, Brett T.
3009 E Whitton Ave
Phoenix, AZ 85016

Mann, Douglas
1580 Shore Woods Dr
Centerville, OH 45459

Miller, Sean
4025 Ellicott St
Alexandria, VA 22304

Miracle, Andrew
3600 Kerikal Dr
Westerville, OH 43081

Mody, Arvind P.
450 Meadow Dale Ct.
San Jose, CA 95136

Mody, Devin A.
6292 Mojave Dr
San Jose, CA 95120

Morris, Lucy F.
25676 Lochmoor Rd
Valencia, CA 91355

Morris, Michael
1761 Selby Avenue Apt #5
Los Angeles, CA 90024

Mosure, Thomas
43118 Tavistock Circle
Powell, OH 43065

Newport, Peter
10695 E Clinton St
Scottsdale, AZ 85254

North, Jennifer
305 S. Chillicothe St
Plain City, OH 43064

Palestrandt, Stuart
2677 Applewood Lane
Lancaster, OH 43130

Phillips, John
8300 Delongpre Ave #108
West Hollywood, CA 90069

Pierce, Anthony
3214 Chestnut Street NW
Washington, DC 20015

Pinnell, Gay Su
8599 Dunsinane Drive
Dublin, OH 43017

Regus Management Group, LLC
Attn: Bankruptcy Dept/Managing Age
15305 Dallas Parkway, Ste. 400
Addison, TX 75001

Reiner, John
8977 Turin Hill Ct N
Dublin, OH 43017

Ricer, Harry
8530 Preston Mill Ct.
Dublin, OH 43017

Ross, Brian
846 S. High St.
Columbus, OH 43206

Rowe, Chris
5369 Morning Drive
Hilliard, OH 43026

Rowe, Nancy
5369 Morning Drive
Hilliard, OH 43026

Shah, Amish
1131 Macias Ct
San Jose, CA 95120

Shah, Divya
565 Amboy Dr
San Jose, CA 95136

Smith, Scott
100 Morton Street Apt 10 AE
One Morton Square Condos
New York, NY 10014

Starr, Kimberly
122 Village Ct.
Pittsburgh, PA 15241

Storlie, Ted R.
4032 Shoreline Dr  2
Spring Park, MN 55384

Turnipseede, Matthew
11113 Pine Greens Ct
Las Vegas, NV 89144

Vithal Kusuma
113 Somerset Hills
McDonough, GA 30253

Vithal Kusuma IRA
113 Somerset Hills
McDonough, GA 30253

Vithal Kusuma, IRA
113 Somerset Hills
McDonough, GA 30253

Wallace, Rajesh
7194 Brooktree Ct.
San Jose, CA 95120

Weatherwax, Rebecca
3175 Tremont Rd #304
Upper Arlington, OH 43221

Weihe, Tom
5410 Muirfield Ct.
Dublin, OH 43017

Will, Montford J.
3811 Rockpointe Dr
Columbus, OH 43221

Wright, Jeff
4515 North Royal Palm Cr
Phoenix, AZ 85018

Yribar, Peter
394 Newcastle Drive
Redwood City, CA 94061

Fusion Capital, LLC
c/o United States Corporation Agent
as Resident Agent
500 N. Rainbow Rd., Ste. 300 A
Las Vegas, NV 89107

# United States Bankruptcy Court
## District of Nevada

In re   Moneyline Analytics, LLC

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Moneyline Analytics, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 13, 2021

Date

/s/ Zachariah Larson

Zachariah Larson 7787

Signature of Attorney or Litigant

Counsel for   Moneyline Analytics, LLC

Larson & Zirzow, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170 Fax:702-382-1169
zlarson@lzlawnv.com