F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email: tedwards@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MONEYLINE ANALYTICS, LLC,

          Debtor.

Case No. 21-12443-NMC
Chapter 7

**DECLARATION OF MARY LANGSNER, PH.D.**

I, Mary Langsner, Ph.D., declare and state as follows:

1.     I am over the age of 18 and mentally competent. Except where stated on information and belief, I have personal knowledge of the facts in this matter, and, if called upon to testify, could and would do so.

2.     I am an attorney duly licensed to practice law in the State of Nevada. I am an associate attorney with the law firm Holley Driggs (the "Firm").

3.     I make this Declaration in support of the *Motion to Withdraw as Counsel for Thomas Weihe, By and Through His Representative Gwen Weihe* ("Motion"), which seeks Court authority to withdraw from representation of Thomas Weihe, by and through his representative Gwen Weihe (the "Holley Driggs Client").

4.     The Firm has been counsel of record in this Case[1] for the Holley Driggs Client since approximately December 2021.

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption above ("Case") as they appear on the docket ("Docket") maintained by the Clerk of the Court of the United

5.    There are no pending motions or imminent hearings or deadlines pending in the Case that are applicable to the Holley Driggs Client.

6.    The Holley Driggs Client has been given reasonable warning that the Firm will withdraw.

7.    The Holley Driggs Client has expressed to me a desire to proceed without representation by the Firm.

8.    Irreconcilable differences are present such that continued representation has been rendered unreasonably difficult.

9.    Representation of the Holley Driggs Client will result in an unreasonable burden imposed upon the Firm.

10.    The last known address for the Holley Driggs Client is as follows:

> Gwen Weihe
> 10752 Killaloe Dr.
> Dublin, OH 43017

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 29th day of July 2022.

/s/ Mary Langsner
Mary Langsner

States Bankruptcy Court for the District of Nevada.

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs, and that on the 29th day of July 2022, I caused to be served a true and correct copy of **DECLARATION OF MARY LANGSNER, PH.D.** in the following manner:

☒      (ELECTRONIC SERVICE)    Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒      (UNITED STATES MAIL)    By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

> Gwen Weihe
> 10752 Killaloe Dr.
> Dublin, OH 43017

☐      (OVERNIGHT COURIER)    By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐      (FACSIMILE)    That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

> /s/ Kandy Halsey
> An employee of Holley Driggs

14749-01/2792067.docx