

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 25, 2023

_____

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MONEYLINE ANALYTICS, LLC,<br><br>            Debtor. | Case No.  BK-S-21-12443-NMC<br>Chapter 7<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF HOUMAND LAW FIRM, LTD. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED DURING THE PERIOD FROM MAY 17, 2021 THROUGH DECEMBER 16, 2022 AND FOR REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016**<br><br>Date of Hearing:    January 24, 2023<br>Time of Hearing:    2:00 p.m.<br>Place: Courtroom No. 3, Third Floor<br>                Foley Federal Building<br>                300 Las Vegas Blvd., S.<br>                Las Vegas, NV 89101 |

Judge: Honorable Natalie M. Cox

This matter came before the Court on the *First Interim Application of Houmand Law Firm, Ltd. for Allowance of Compensation for Services Rendered During the Period From May 17, 2021 Through December 16, 2022 and For Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016* [ECF No. 159][1] (the "Fee Application") filed by the law firm of Houmand Law Firm, Ltd. (the "Firm"), counsel of record for Shelley D. Krohn (the "Trustee"), the Chapter 7 Trustee in the above-captioned bankruptcy case. The Fee Application sought interim approval of attorneys' fees in the amount of $144,145.00 and reimbursement of actual expenses in the amount of $3,602.87.[2]

No Oppositions were filed to the Fee Application. Jacob L. Houmand, Esq. appeared on behalf of the Firm and no other appearances were noted on the record.

The Court reviewed the Fee Application, the *Declaration of Jacob L. Houmand, Esq. In Support of First Interim Application of Houmand Law Firm, Ltd. for Allowance of Compensation for Services Rendered During the Period From May 17, 2021 Through December 16, 2022 and For Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016* [ECF No. 160], the *Declaration of Shelley D. Krohn In Support of First Interim Application of Houmand Law Firm, Ltd. for Allowance of Compensation for Services Rendered During the Period From May 17, 2021 Through December 16, 2022 and For Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016* [ECF No. 161], the *Notice of Hearing On First Interim Application of Houmand Law Firm, Ltd. for Allowance of Compensation for Services Rendered During the Period From May 17, 2021 Through December 16, 2022 and For Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016* [ECF No.

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

[2] All defined terms in this Order shall have the same meaning ascribed to them in the Fee Application unless otherwise provided herein.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

162], the *Certificate of Service of First Interim Application of Houmand Law Firm, Ltd. for Allowance of Compensation for Services Rendered During the Period From May 17, 2021 Through December 16, 2022 and For Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016* [ECF No. 164], the exhibits attached thereto, and all of the pleadings and papers on file herein.

Based on this review and consideration and based upon the findings of fact and conclusions of law placed on the record at the hearing and incorporated herein pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED in its entirety; and

2. The Houmand Law Firm, Ltd. is awarded attorneys' fees in the amount of $144,145.00 and reimbursement of actual expenses in the amount of $3,602.87 on an interim basis pursuant to 11 U.S.C. §§ 330 and 331; and

3. The Trustee is permitted to the pay the Houmand Law Firm, Ltd. the attorneys' fees and expenses set forth herein without further Court order.

**IT IS SO ORDERED.**

Prepared and Submitted By:

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:     702/720-3370
Facsimile:      702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

**LOCAL RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The Court has waived the requirements set forth in Local Rule 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the Fee Application.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

Dated this 24th day of January, 2023.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

###