Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

*Electronically Filed On: May 24, 2023*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MONEYLINE ANALYTICS, LLC,<br><br>Debtor. | Case No. BK-S-21-12443-NMC<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO APPROVE COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Date of Hearing:  May 16, 2023<br>Time of Hearing:  2:00 p.m.<br>Place: Courtroom No. 3, Third Floor<br>        Foley Federal Building<br>        300 Las Vegas Blvd., S.<br>        Las Vegas, NV 89101<br><br>Judge: Honorable Natalie M. Cox[1] |

**PLEASE TAKE NOTICE** that an *Order Granting Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 204] (the "Order") was entered in the above-captioned case on May 24, 2023.

. . .

. . .

. . .

. . .

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

1 | A copy of said Order is attached hereto as **Exhibit "1"**.

2 | Dated this 24th day of May, 2023.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

# CERTIFIATE OF SERVICE

I hereby certify that on the 24th day of May, 2023 I caused to be served a true and correct copy of NOTICE OF ENTRY OF ORDER GRANTING MOTION TO APPROVE COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 in the following manner:

☒ (CM/ECF ELECTRONIC SERVICE) By electronically filing the above-referenced document via the CM/ECF service to the parties listed below on the date above written:

WILLIAM L COULTHARD on behalf of Creditor CHARLES LADUCA

wlc@coulthardlaw.com, treilly@outsideparalegalsolutions.com,cdk@coulthardlaw.com

CLARISSE L. CRISOSTOMO on behalf of Interested Party BRIAN D. SHAPIRO

bknotices@nv-lawfirm.com

F. THOMAS EDWARDS on behalf of Creditor BUGGY HOLDINGS LLC

tedwards@nevadafirm.com,

ssell@nevadafirm.com;oswibies@nevadafirm.com;dhigh@nevadafirm.com;nmoseley@nevadafirm.com

F. THOMAS EDWARDS on behalf of Creditor GAY SU PINNELL

tedwards@nevadafirm.com,

ssell@nevadafirm.com;oswibies@nevadafirm.com;dhigh@nevadafirm.com;nmoseley@nevadafirm.com

F. THOMAS EDWARDS on behalf of Creditor ROBERT SCHUERGER

tedwards@nevadafirm.com,

ssell@nevadafirm.com;oswibies@nevadafirm.com;dhigh@nevadafir

1 m.com

2

3 MICHAEL R. HOGUE on behalf of Defendant J.P. MORGAN CHASE BANK, N.A.

4 hoguem@gtlaw.com, michael-hogue-

5 0383@ecf.pacerpro.com;flintza@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

6

7 JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D KROHN

8 jhoumand@houmandlaw.com, bsims@houmandlaw.com;2082209420@filings.docketbird.com

9

10 SHELLEY D KROHN

11 shelley@trusteekrohn.com,

12 NV27@ecfcbis.com;becca@trusteekrohn.com;candace@trusteekrohn.com

13

14 ZACHARIAH LARSON on behalf of Debtor MONEYLINE ANALYTICS, LLC

15 zlarson@lzlawnv.com,

16 mzirzow@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentin

17 a@lzlawnv.com;larson.zachariahr99681@notify.bestcase.com

18

19 STACY H RUBIN on behalf of Creditor BUGGY HOLDINGS LLC

20 srubin@nevadafirm.com, oswibies@nevadafirm.com

21

22 STACY H RUBIN on behalf of Creditor GAY SU PINNELL

23 srubin@nevadafirm.com, oswibies@nevadafirm.com

24

25 STACY H RUBIN on behalf of Creditor ROBERT SCHUERGER

26 srubin@nevadafirm.com, oswibies@nevadafirm.com

27

28 BRADLEY G SIMS on behalf of Plaintiff SHELLEY D KROHN

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

bsims@houmandlaw.com, jhoumand@houmandlaw.com

BRADLEY G SIMS on behalf of Trustee SHELLEY D KROHN

bsims@houmandlaw.com, jhoumand@houmandlaw.com

U.S. TRUSTEE - LV - 7

USTPRegion17.LV.ECF@usdoj.gov

DAVID J. WINTERTON on behalf of Defendant RODRIGO RIBIERO, AN INDIVIDUAL

david@davidwinterton.com,

autumn@davidwinterton.com;pam@davidwinterton.com;wintertondr85959@notify.bestcase.com

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

    Dated this 24th day of May, 2023.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*