**EXHIBIT "1"**



# INVOICE

Invoice # 130
Date: 08/14/2023
Due Upon Receipt

9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148

Ms. Shelley D. Krohn
7469 W. Lake Mead Boulevard
Suite 170
Las Vegas, NV 89128

## In re Moneyline Analytics, Inc. (BK-S-21-12443-NMC)

### Services

| Type | Date | Notes | Attorney | Quantity | Rate | Total |
|------|------|-------|----------|----------|------|-------|
| Service | 01/04/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Attorney Winterton regarding a proposed settlement of the Ribiero litigation. | JH | 0.20 | $400.00 | $80.00 |
| Service | 01/04/2023 | B120 Asset Analysis and Recovery: Telephone call with creditor regarding the status of the bankruptcy case. | JH | 0.40 | $400.00 | $160.00 |
| Service | 01/05/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Telephone call with Attorney Winterton regarding a proposed counter-offer in the Ribiero litigation. | JH | 0.30 | $400.00 | $120.00 |
| Service | 01/05/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Revise settlement agreement to incorporate the counter-offer from Ribiero. | JH | 0.50 | $400.00 | $200.00 |
| Service | 01/12/2023 | B310 Claims Administration and Objections: Telephone call with Attorney Sims regarding objections to proofs of claim. | JH | 0.60 | $400.00 | $240.00 |
| Service | 01/12/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Plan and prepare for Scheduling conference and hearing on Motion for Summary Judgment. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/12/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Attend scheduling conference and hearing on Motion for Summary Judgment. | BS | 0.30 | $375.00 | $112.50 |

| Service | 01/12/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise complaint against Leo Terrell | BS | 2.50 | $375.00 | $937.50 |
|---|---|---|---|---|---|---|
| Service | 01/12/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Pull documents to send to counsel for Kusuma. | BS | 1.00 | $375.00 | $375.00 |
| Service | 01/12/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with D. Winterton regarding settlement agreement (R. Ribiero). | BS | 0.20 | $375.00 | $75.00 |
| Service | 01/13/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Chapter 7 Trustee updating her on the status of the adversary proceedings and administration of the bankruptcy case. | JH | 0.80 | $400.00 | $320.00 |
| Service | 01/13/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and revise Complaint against Leo Terrell. | JH | 1.20 | $400.00 | $480.00 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Review and revise form objection letter regarding proofs of claim. | JH | 0.70 | $400.00 | $280.00 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - lucy morris. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Joseph Cwikla | BS | 0.40 | $375.00 | $150.00 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Scott Smith | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Peter Yribar | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Norman Neil Jackson. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Jennifer North | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Geoffrey Kelty. | BS | 0.30 | $375.00 | $112.50 |

Invoice # 130 - 08/14/2023

| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Raj Wallace. | BS | 0.30 | $375.00 | $112.50 |
|---------|-----------|------------------------------------------------------------------------------------------------------------------|----|------|---------|---------|
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Arvind P. Mody. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Devin Mody. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Kathleen Cannon. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Roger Carpenter. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - John Phillips. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - James Courtwright. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Stuart Palestrandt. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Ted Storlie. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - John Eickholdt. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - John Reiner. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Scott Dacey. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Julie Lemieux. | BS | 0.30 | $375.00 | $112.50 |

Invoice # 130 - 08/14/2023

| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Sheryl Jahns. | BS | 0.30 | $375.00 | $112.50 |
|---------|-----------|---------------------------------------------------------------------------------------------------------------|----|------|---------|---------|
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - John Grannis. | BS | 0.50 | $375.00 | $187.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - James Courtright. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Eric Billigmeier. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Divya Shah | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Harry Ricer. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Andrew Miracle. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/13/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Tony Newport. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Ashish Desai. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Freeman Master Holdings, LLC. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Sonia Dassow Ribiero. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Buggy Holdings, LLC. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Rebecca | BS | 0.30 | $375.00 | $112.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Sarah Balke. | | | | |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Amish Shah. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Nancy Rowe. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Chris Rowe. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Dave Gillian. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Kenneth Ignozzi. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Douglass Mann. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/16/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Michael Dyer. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/17/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Kimberly Starr. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/17/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - David Berg. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/17/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Gay Su Pinnell. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/17/2023 | B310 Claims Administration and Objections: Draft and revise letter requesting revision of claim - Juan Cespedes. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/17/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Read, review, and analyze Kusuma response to demand letter, including verifying transactions mentioned therein. | BS | 1.90 | $375.00 | $712.50 |
| Service | 01/18/2023 | B310 Claims Administration and | JH | 4.10 | $400.00 | $1,640.00 |

| | | Objections: Revise and finalize letters to claimants regarding the amendments to proofs of claim. | | | | |
|---------|------------|--------------------------------------------------------------------------------------------------------------------------------------------------|-----|---------|----------|
| Service | 01/19/2023 | B310 Claims Administration and Objections: Review and revise letters to claimants regarding the amendment of proofs of claim. | JH | 3.90 | $400.00 | $1,560.00 |
| Service | 01/19/2023 | B310 Claims Administration and Objections: Draft emails to claimants requesting amendments to proofs of claim. | JH | 1.70 | $400.00 | $680.00 |
| Service | 01/19/2023 | B310 Claims Administration and Objections: Telephone call with creditor Shah regarding the filing of an amended claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 01/19/2023 | B310 Claims Administration and Objections: Draft email to Creditor Billgmeier regarding the filing of an amended claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 01/19/2023 | B310 Claims Administration and Objections: Draft email to Chapter 7 Trustee updating her on the status of the letters sent to the creditor body requesting amended proofs of claim. | JH | 0.40 | $400.00 | $160.00 |
| Service | 01/20/2023 | B310 Claims Administration and Objections: Draft email to claimant regarding the information that needs to be attached to an amended proof of claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 01/20/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise response letter to Vithal Kusuma. | BS | 1.10 | $375.00 | $412.50 |
| Service | 01/20/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise summons service executed. | BS | 0.20 | $375.00 | $75.00 |
| Service | 01/20/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with D. Winterton regarding R. Ribiero settlement. | BS | 0.20 | $375.00 | $75.00 |
| Service | 01/22/2023 | B310 Claims Administration and Objections: Draft email to creditor regarding the process for filing an amended proof of claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 01/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Revise demand letter to Sharat Kusuma. | JH | 0.60 | $400.00 | $240.00 |
| Service | 01/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and | BS | 1.30 | $375.00 | $487.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | revise demand letter to Sharat Kusuma. | | | | |
| Service | 01/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise demand letter to Patrick Harris. | BS | 0.50 | $375.00 | $187.50 |
| Service | 01/24/2023 | B310 Claims Administration and Objections: Draft email to creditor regarding the filing of an amended proof of claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 01/24/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and revise response letter to Vital Kusuma. | JH | 2.10 | $400.00 | $840.00 |
| Service | 01/24/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Chapter 7 Trustee outlining the strategy behind a proposed counter-offer to Kusuma. | JH | 0.60 | $400.00 | $240.00 |
| Service | 01/24/2023 | B160 Fee/Employment Applications: Prepare for hearing on First Interim Fee Application of the Houmand Law Firm. | JH | 2.20 | $400.00 | $880.00 |
| Service | 01/24/2023 | B160 Fee/Employment Applications: Attend hearing on First Interim Fee Application. | JH | 0.30 | $400.00 | $120.00 |
| Service | 01/24/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with Leo Terrell regarding complaint. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/25/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and analyze documents provided by Leo Terrell and John Phillips. | BS | 0.40 | $375.00 | $150.00 |
| Service | 01/25/2023 | B310 Claims Administration and Objections: Draft emails to creditors regarding the filing of amended proofs of claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 01/25/2023 | B160 Fee/Employment Applications: Draft and revise notice of entry of order. | BS | 0.30 | $375.00 | $112.50 |
| Service | 01/26/2023 | B310 Claims Administration and Objections: Draft email to creditor regarding the process for filing an amended proof of claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 01/27/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Telephone call with Attorney Sims regarding the litigation against Leo Terrell. | JH | 0.60 | $400.00 | $240.00 |
| Service | 01/30/2023 | B310 Claims Administration and Objections: Telephone call with Creditor regarding the process for filing an amended | JH | 0.20 | $400.00 | $80.00 |

| | | proof of claim. | | | | |
|---|---|---|---|---|---|---|
| Service | 01/30/2023 | B310 Claims Administration and Objections: Telephone call with creditor regarding the process for filing an amended proof of claim and the status of the bankruptcy case. | JH | 0.30 | $400.00 | $120.00 |
| Service | 02/01/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Attorney Winterton regarding the settlement of the dispute. | JH | 0.20 | $400.00 | $80.00 |
| Service | 02/02/2023 | B310 Claims Administration and Objections: Draft email to creditor regarding the process for filing an amended proof of claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 02/03/2023 | B310 Claims Administration and Objections: Email creditor regarding the process for filing an amended proof of claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 02/06/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and revise demand letter to Patrick Harris. | JH | 1.20 | $400.00 | $480.00 |
| Service | 02/07/2023 | B310 Claims Administration and Objections: Draft email to creditor regarding the process for filing an amended proof of claim. | JH | 0.20 | $400.00 | $80.00 |
| Service | 02/09/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Attorney Winterton regarding the status of the revised settlement agreement. | JH | 0.20 | $400.00 | $80.00 |
| Service | 02/09/2023 | B310 Claims Administration and Objections: Draft letters to Creditors Morris and Cannon regarding the process for filing amending claims. | JH | 0.60 | $400.00 | $240.00 |
| Service | 02/15/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Meeting with Attorney Sims regarding the status of litigation against third-parties. | JH | 0.60 | $400.00 | $240.00 |
| Service | 02/16/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise stipulation to extend deadline to Answer. | BS | 0.40 | $375.00 | $150.00 |
| Service | 02/16/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise Declaration in support of Dismissal. | BS | 0.50 | $375.00 | $187.50 |
| Service | 02/17/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and | JH | 0.50 | $400.00 | $200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | revise Declaration of Leo Terrell in support of request to dismiss adversary proceeding. | | | | |
| Service | 02/22/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Telephone call with Attorney Winterton regarding a settlement of the Ribiero settlement. | JH | 0.20 | $400.00 | $80.00 |
| Service | 02/22/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Attorney Winterton regarding a continuance of the hearings on the Motion for Summary Judgment. | JH | 0.30 | $400.00 | $120.00 |
| Service | 02/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with D. Winterton regarding R. Ribiero settlement. | BS | 0.20 | $375.00 | $75.00 |
| Service | 02/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Revise Motions to Approve Compromise with R. Ribiero. | BS | 0.60 | $375.00 | $225.00 |
| Service | 02/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client re: Motions to Approve Compromise with R. Ribiero. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/01/2023 | B310 Claims Administration and Objections: Communicate with D. Berg regarding amending proof of claim. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/02/2023 | B310 Claims Administration and Objections: Communicate with G. Kelty regarding amending proof of claim. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/02/2023 | B310 Claims Administration and Objections: Communicate with D. Mody regarding amending proof of claim. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/14/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client regarding S. Kusuma and suggested settlement. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/14/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise notice of dismissal, Krohn v. Terrell. | BS | 0.30 | $375.00 | $112.50 |
| Service | 03/14/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with J. Imes regarding demand letter to P. Harris. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/14/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with Client regarding Sharat | BS | 0.20 | $400.00 | $80.00 |

| | | Kusuma's response and potential counteroffer. | | | | |
|---|---|---|---|---|---|---|
| Service | 03/16/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with J. Imes regarding balance sheet for P. Harris. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/17/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with L. Fernandez regarding deadlines for S. Kusuma. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with J. Imes regarding balance sheet. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/24/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with J. Imes regarding settlement offer from P. Harris. | BS | 0.10 | $375.00 | $37.50 |
| Service | 03/24/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with L. Fernandez regarding settlement offer to S. Kusuma. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/27/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with L. Fernandez regarding records of Debtor (V. Kusuma). | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/27/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and analyze balance sheet provided P. Harris. | BS | 0.50 | $375.00 | $187.50 |
| Service | 03/27/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client regarding settlement offer from P. Harris. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/28/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review settlement analysis concerning the transfers made to Sharat Kusuma and Vital Kusuma. | JH | 0.70 | $400.00 | $280.00 |
| Service | 03/28/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client regarding settlement offer from S. Kusuma. | BS | 0.20 | $375.00 | $75.00 |
| Service | 03/28/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with M. Langsner regarding R. Schuerger transfers. | BS | 0.20 | $375.00 | $75.00 |

Invoice # 130 - 08/14/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/30/2023 | B310 Claims Administration and Objections: Draft and revise objection to claim 2-1. | BS | 1.10 | $375.00 | $412.50 |
| Service | 03/31/2023 | B310 Claims Administration and Objections: Review and revise pleadings related to Objection to Proof of Claim 2-1. | JH | 0.90 | $400.00 | $360.00 |
| Service | 04/03/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with L. Fernandez regarding Settlement conference for V. Kusuma. | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/03/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with L. Fernandez regarding settlement with S. Kusuma. | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/04/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise settlement agreement with Sharat Kusuma. | BS | 1.30 | $375.00 | $487.50 |
| Service | 04/04/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise tolling agreement and stipulation to approve tolling agreement. | BS | 1.20 | $375.00 | $450.00 |
| Service | 04/04/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise Motion to Approve Compromise Sharat Kusuma. | BS | 2.50 | $375.00 | $937.50 |
| Service | 04/04/2023 | B310 Claims Administration and Objections: Draft and revise objection to Claim 10-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/04/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Claim 21-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/04/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Claim 13-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/05/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and revise pleadings associated with the tolling agreement with Sharat Kusuma (0.9); review and revise settlement agreement with Sharat Kusuma (0.8). | JH | 1.70 | $400.00 | $680.00 |
| Service | 04/06/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Revise orders granting Motion to Approve Compromise with Defendant Ribiero. | JH | 0.40 | $400.00 | $160.00 |
| Service | 04/06/2023 | B190 Other Contested Matters (excluding | JH | 1.30 | $400.00 | $520.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | assumption/rejection motions): Review and revise demand letter to Robert Scheulenger. |  |  |  |  |
| Service | 04/06/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise demand letter to Robert Schuerger. | BS | 1.20 | $375.00 | $450.00 |
| Service | 04/06/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Plan and prepare for hearing on Motion to Approve Compromise. | BS | 0.50 | $375.00 | $187.50 |
| Service | 04/06/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Appear at hearing on Motion to Approve Compromise. | BS | 0.30 | $375.00 | $112.50 |
| Service | 04/06/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with D. Winterton regarding orders. | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/07/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with L. Fernandez regarding tolling agreement and S. Kusuma Settlement Agreement. | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/10/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and revise settlement agreement with Patrick Harris. | JH | 0.40 | $400.00 | $160.00 |
| Service | 04/10/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise Tolling agreement and stipulation to approve tolling agreement (Harris). | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/10/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise settlement agreement (Patrick Harris). | BS | 1.30 | $375.00 | $487.50 |
| Service | 04/10/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client regarding P. Harris offer. | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/10/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with J. Imes regarding P. Harris settlement. | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/11/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise Motion to Approve Compromise (Harris). | BS | 2.00 | $375.00 | $750.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 04/12/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and revise pleadings associated with the Motion to Approve Compromise with Patrick Harris. | JH | 1.30 | $400.00 | $520.00 |
| Service | 04/12/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise Notices of Entry of Order. | BS | 0.40 | $375.00 | $150.00 |
| Service | 04/13/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client regarding settlement conference (V. Kusuma). | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/14/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and revise pleadings associated with the Motion to Approve Compromise with Sharat Kusuma. | JH | 1.20 | $400.00 | $480.00 |
| Service | 04/14/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client regarding settlement agreement (S. Kusuma). | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/17/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Telephone call with Attorney Rubin regarding an extension of the deadline to respond to a demand letter. | JH | 0.20 | $400.00 | $80.00 |
| Service | 04/17/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with L. Fernandez regarding settlement conference. | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/18/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with J. Imes re: tolling agreement stipulation. | BS | 0.10 | $375.00 | $37.50 |
| Service | 04/18/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with L. Fernandez re: Sharat Kusuma settlement, motion, and hearing date. | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/18/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with L. Fernandez regarding S. Kusuma filing. | BS | 0.20 | $375.00 | $75.00 |
| Service | 04/18/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with J. Imes regarding filing of 9019 motion (P. Harris). | BS | 0.20 | $375.00 | $75.00 |

| Service | 04/20/2023 | B120 Asset Analysis and Recovery: Draft email to Chapter 7 Trustee updating her on the status of the bankruptcy case. | JH | 0.40 | $400.00 | $160.00 |
|---------|------------|------------------------------------------------------------------------------------------------------------------------|----|------|---------|---------|
| Service | 04/24/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Proof of Claim 27-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/24/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Proof of Claim 30-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/24/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Proof of Claim 32-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/24/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Proof of Claim 34-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/24/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Proof of Claim 36-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/24/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Proof of Claim 38-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/24/2023 | B150 Meetings of and Communications with Creditors: Communicate with J. Lemieux regarding status of case. | BS | 0.30 | $375.00 | $112.50 |
| Service | 04/25/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Proof of Claim 57-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/25/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Proof of Claim 16-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/25/2023 | B310 Claims Administration and Objections: Draft and revise Objection to Proof of Claim 19-1. | BS | 0.90 | $375.00 | $337.50 |
| Service | 04/26/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise Stipulation and Order to extend deadline to answer. | BS | 0.40 | $375.00 | $150.00 |
| Service | 05/01/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise Tolling Agreement (Schuerger). | BS | 0.80 | $375.00 | $300.00 |
| Service | 05/01/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with S. Rubin regarding tolling agreement. | BS | 0.10 | $375.00 | $37.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/01/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client regarding tolling agreement. | BS | 0.10 | $375.00 | $37.50 |
| Service | 05/02/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Telephone call with Attorney Sims regarding the status of litigation and case strategy. | JH | 0.40 | $400.00 | $160.00 |
| Service | 05/03/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise Objection to Claim 55-2. | BS | 1.00 | $375.00 | $375.00 |
| Service | 05/11/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Telephone call with Attorney Sims regarding case strategy (0.8); draft email to Chapter 7 Trustee updating her on the status of the bankruptcy case (0.5). | JH | 1.30 | $400.00 | $520.00 |
| Service | 05/16/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Plan and prepare for hearing on Motion to Approve Compromise. | BS | 0.40 | $375.00 | $150.00 |
| Service | 05/16/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Attend hearing on Motion to Approve Compromise. | BS | 0.30 | $375.00 | $112.50 |
| Service | 05/16/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client regarding outcome of motion to approve compromise. | BS | 0.10 | $375.00 | $37.50 |
| Service | 05/19/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Analyze case law in preparation of presenting counter-offer to Kusuma (0.9); telephone call with Attorney Sims regarding the status of the Kusuma litigation and arguments to raise in settlement brief (0.5). | JH | 1.40 | $400.00 | $560.00 |
| Service | 05/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Revise Order Granting Motion to Approve Compromise with Patrick Harris. | JH | 0.40 | $400.00 | $160.00 |
| Service | 05/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Plan and prepare for hearing on Motion to Approve Compromise. | BS | 0.40 | $375.00 | $150.00 |
| Service | 05/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Attend hearing on Motion to Approve Compromise. | BS | 0.30 | $375.00 | $112.50 |

| Service | 05/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with client regarding outcome of motion to approve compromise. | BS | 0.10 | $375.00 | $37.50 |
|---|---|---|---|---|---|---|
| Service | 05/23/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with J. Imes regarding entry of order approving settlement. | BS | 0.10 | $375.00 | $37.50 |
| Service | 06/15/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Chapter 7 trustee updating her on the status of the administration of the bankruptcy case. | JH | 0.40 | $400.00 | $160.00 |
| Service | 06/20/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review documents supporting litigation against Vithal Kusuma (2.3); draft email proposing settlement to opposing counsel (0.5). | JH | 2.80 | $425.00 | $1,190.00 |
| Service | 06/29/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Telephone call with Attorney Sims regarding the status of litigation against Kusuma and Schuenger. | JH | 0.40 | $425.00 | $170.00 |
| Service | 07/06/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review legal authority cited by Scheunger in his response to demand letter. | JH | 1.20 | $425.00 | $510.00 |
| Service | 07/06/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise Confidential Settlement Brief, including all attached exhibits. | BS | 7.30 | $400.00 | $2,920.00 |
| Service | 07/06/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Read, review and analyze case law provided by R. Schuerger in response to demand letter. | BS | 1.10 | $400.00 | $440.00 |
| Service | 07/07/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise response letter to R. Schuerger. | BS | 1.30 | $400.00 | $520.00 |
| Service | 07/10/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Revise letter to counsel for Schuenger. | JH | 1.60 | $425.00 | $680.00 |
| Service | 07/10/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and revise confidential settlement brief and draft email to Chapter 7 Trustee regarding the same. | JH | 2.40 | $425.00 | $1,020.00 |

| Service | 07/10/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Communicate with R. Ribiero regarding payment of settlement. | BS | 0.30 | $400.00 | $120.00 |
|---|---|---|---|---|---|---|
| Service | 07/11/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Revise first amendment to tolling agreement with Schuenger. | JH | 0.80 | $425.00 | $340.00 |
| Service | 07/11/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Revise and finalize confidential settlement brief in the adversary proceeding Krohn v. Kusuma. | JH | 2.90 | $425.00 | $1,232.50 |
| Service | 07/11/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise amendment to tolling agreement and stipulation to approve tolling agreement. | BS | 0.80 | $400.00 | $320.00 |
| Service | 07/19/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Telephone call with Attorney Sims regarding the claims alleged against VITHAL KUSUMA. | JH | 0.80 | $425.00 | $340.00 |
| Service | 07/19/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review pleadings and documents in preparation for settlement conference in Krohn v. Kusuma. | JH | 3.20 | $425.00 | $1,360.00 |
| Service | 07/20/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Prepare for settlement conference on Krohn v Kusuma (4.1); attend settlement conference (1.1). | JH | 5.20 | $425.00 | $2,210.00 |
| Service | 07/21/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft emails to opposing counsel and courtroom deputy regarding the filing of an amended complaint and continuing the status hearing in the Krohn v. Kusuma litigation. | JH | 0.30 | $425.00 | $127.50 |
| Service | 07/24/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft and revise first amended complaint. | BS | 6.10 | $400.00 | $2,440.00 |
| Service | 07/26/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft Stipulation and Order to Continue Status Conference in the Kusuma adversary proceeding. | JH | 1.30 | $425.00 | $552.50 |
| Service | 07/26/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Review and revise First Amended Complaint against Vithal Kusuma. | JH | 2.90 | $425.00 | $1,232.50 |

| Service | 07/27/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft Stipulation and Order to Dismiss the adversary proceeding filed against Ribiero. | JH | 1.20 | $425.00 | $510.00 |
|---------|-----------|---|----|------|---------|---------|
| Service | 07/27/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Finalize First Amended Complaint (2.3); draft email to Chapter 7 Trustee updating her on the status of the administration of the bankruptcy case (0.5). | JH | 2.80 | $425.00 | $1,190.00 |
| Service | 07/28/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to counsel for Robert Schuerger regarding a settlement proposal. | JH | 0.40 | $425.00 | $170.00 |
| Service | 07/28/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Finalize and file first amended complaint against Kusuma. | JH | 0.70 | $425.00 | $297.50 |
| Service | 07/28/2023 | B310 Claims Administration and Objections: Review and revise pleadings associated with Objections to Proofs of Claim and draft email to Chapter 7 Trustee regarding the same. | JH | 2.30 | $425.00 | $977.50 |
| Service | 08/01/2023 | B310 Claims Administration and Objections: Review and revise pleadings associated with Objections to Proofs of Claim. | JH | 2.80 | $425.00 | $1,190.00 |
| Service | 08/02/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Attorney Winterton regarding the Stipulation to Dismiss Adversary Proceeding. | JH | 0.20 | $425.00 | $85.00 |
| Service | 08/04/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Chapter 7 Trustee outlining counter-offer from Schuenger. | JH | 0.30 | $425.00 | $127.50 |
| Service | 08/04/2023 | B310 Claims Administration and Objections: Review and revise final pleadings related to final set of claim objections. | JH | 3.20 | $425.00 | $1,360.00 |
| Service | 08/08/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email forwarding counter-offer to Schuenger. | JH | 0.30 | $425.00 | $127.50 |
| Service | 08/08/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Draft email to Attorney Winterton regarding the dismissal of the Ribiero adversary | JH | 0.20 | $425.00 | $85.00 |

| | | proceeding. | | | | |
|---|---|---|---|---|---|---|
| Service | 08/08/2023 | B310 Claims Administration and Objections: Review and revise pleadings associated with Objection to Proof of Claim filed by Cwikla. | JH | 1.10 | $425.00 | $467.50 |
| Service | 08/10/2023 | B190 Other Contested Matters (excluding assumption/rejection motions): Telephone call with David Winterton regarding the stipulation to dismiss adversary proceeding. | JH | 0.20 | $425.00 | $85.00 |
| Service | 08/11/2023 | B310 Claims Administration and Objections: Telephone call with Creditor Mody regarding a stipulation to reduce the amount of the proof of claim. | JH | 0.30 | $425.00 | $127.50 |
| Service | 08/14/2023 | B310 Claims Administration and Objections: Draft pleadings related to stipulation to resolve Objection to Proof of Claim filed by Mody. | JH | 0.80 | $425.00 | $340.00 |
| Service | 08/14/2023 | B160 Fee/Employment Applications: Draft pleadings associated with Second Interim Fee Application of the Houmand Law Firm. | JH | 2.90 | $425.00 | $1,232.50 |

|  |  |  |  | **Services Subtotal** | **$64,562.50** |
|---|---|---|---|---|---|

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/21/2022 | E108 Postage: Postage related to First Interim Fee Application of the Houmand Law Firm. | 1.00 | $143.19 | $143.19 |
| Expense | 01/18/2023 | E108 Postage: Postage related to letters to claimants. | 1.00 | $22.00 | $22.00 |
| Expense | 01/18/2023 | E101 Copying: Photocopies - 220 x $0.20 | 1.00 | $44.00 | $44.00 |
| Expense | 01/19/2023 | E108 Postage: Postage relating to letters to claimants. | 1.00 | $26.40 | $26.40 |
| Expense | 01/19/2023 | E101 Copying: Photocopies - 440 x $0.20 | 1.00 | $88.00 | $88.00 |
| Expense | 01/24/2023 | E108 Postage: Postage related to demand letter to Sharat Kusuma. | 1.00 | $1.10 | $1.10 |
| Expense | 02/06/2023 | E108 Postage: Postage related to demand letter. | 1.00 | $0.55 | $0.55 |
| Expense | 02/09/2023 | E108 Postage: Postage related to letters sent to claimants regarding amended proofs of claim. | 1.00 | $2.20 | $2.20 |
| Expense | 04/06/2023 | E108 Postage: Postage related to demand letter to Robert Schuelenger. | 1.00 | $0.55 | $0.55 |
| Expense | 04/17/2023 | Postage, printing and processing for Motion to Approve Compromise (Sharat Kusuma). | 1.00 | $152.76 | $152.76 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 04/18/2023 | E108 Postage: Postage printing and processing for Motion to Approve Compromise (Harris) | 1.00 | $152.76 | $152.76 |
| Expense | 08/09/2023 | E108 Postage: Postage printing and processing for Objection to Claim 36. | 1.00 | $4.98 | $4.98 |
| Expense | 08/09/2023 | E108 Postage: Postage printing and processing for Objection to Claim 34. | 1.00 | $4.16 | $4.16 |
| Expense | 08/09/2023 | E108 Postage: Postage printing and processing for Objection to Claim 2. | 1.00 | $4.16 | $4.16 |
| Expense | 08/09/2023 | E108 Postage: Postage printing and processing for Objection to Claim 10. | 1.00 | $8.56 | $8.56 |
| Expense | 08/09/2023 | E108 Postage: Postage printing and processing for Objection to Claim 13. | 1.00 | $4.16 | $4.16 |
| Expense | 08/09/2023 | E108 Postage: Postage printing and processing for Objection to Claim 21. | 1.00 | $4.16 | $4.16 |
| Expense | 08/09/2023 | E108 Postage: Postage printing and processing for Objection to Claim 27. | 1.00 | $4.16 | $4.16 |
| Expense | 08/09/2023 | E108 Postage: Postage printing and processing for Objection to Claim 30. | 1.00 | $4.16 | $4.16 |

|  |  |
|---|---|
| **Expenses Subtotal** | **$672.01** |
| **Subtotal** | **$65,234.51** |
| **Total** | **$65,234.51** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 130 | 08/14/2023 | $65,234.51 | $0.00 | $65,234.51 |
| | | | **Outstanding Balance** | **$65,234.51** |
| | | | **Total Amount Outstanding** | **$65,234.51** |

Please make all amounts payable to: Houmand Law Firm, Ltd.

Payment is due upon receipt.